IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| DeCode Chemistry Inc., | ) | Case No. 10-11060 (LSS) |
| | ) | |
| Debtor. | ) | Re: Docket No. 253 |

**ORDER GRANTING MOTION FOR PAYMENT OF UNCLAIMED FUNDS**

Upon consideration of the Motion for Payment of Unclaimed Funds filed by Ashland LLC, as successor in interest to ISP Pharma Systems, LLC [Docket No. 253]; it is hereby:

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the amount of $26,948.03 shall be forwarded from the unclaimed funds registry of the United States Bankruptcy Court for the District of Delaware to Ashland LLC at the following address:

ISP Pharma Systems, LLC
c/o Ashland, LLC
5200 Blazer Parkway
Dublin, OH 43017
Attn: Mathew Spence

Dated: Wilmington, Delaware
May 30, 2019

Laurie Selber Silverstein
United States Bankruptcy Judge